FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 27 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 13CR2861 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Counts 1 and 4: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| TONY DAUGHERTY, ) | Counts 2, 3 and 5: 21 U.S.C. §§ 841(a)(1) and |
| DANIELLE McKEE, ) | (b)(1)(B): Possession With Intent to Distribute |
| WILSON SMITH, a.k.a. "Deacon," ) | 50 Grams and More of a Mixture and |
| and PABLO "LNU," ) | Substance Containing Methamphetamine; 18 |
| ) | U.S.C. § 2: Aiding and Abetting. |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about July 30, 2013, and continuing to on or about August 7, 2013, in Otero and Bernalillo Counties, in the District of New Mexico, and elsewhere, the defendants, **TONY DAUGHERTY, DANIELLE McKEE, WILSON SMITH,** and **PABLO LNU,** unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C.§§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

### Count 2

On or about July 31, 2013, in Bernalillo County, in the District of New Mexico, and  elsewhere the defendants, **TONY DAUGHERTY, DANIELLE McKEE, WILSON SMITH,** *and **PABLO LNU**, unlawfully, knowingly and intentionally possessed with intent to distribute a*

controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § § 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

### Count 3

On or about August 7, 2013, in Otero County, in the District of New Mexico, and elsewhere the defendants, **TONY DAUGHERTY, DANIELLE McKEE** and **WILSON SMITH,** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § § 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

### Count 4

On or about August 15, 2013, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **TONY DAUGHERTY** and **PABLO LNU**, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of a controlled substance, 50 grams and more of a mixture containing a detectable amount of methamphetamine, contrary to 21 U.S.C.§§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

### Count 5

On or about August 15, 2013, in Bernalillo County, in the District of New Mexico, and elsewhere the defendants, **TONY DAUGHERTY** and **PABLO LNU,** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

*Mary J. Higgins*
Assistant United States Attorney
9/14/13 10:30am